UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

JEFFREY R. McKEE,

        Plaintiff,

        v.

LOREN TAYLOR, *et al.*,

        Defendants.

CASE NO. C09-5207RJB-JRC

ORDER NOTING PLAINTIFF'S MOTION FOR A TEMPORARY RESTRAINING ORDER

    This 42 U.S.C. § 1983 action has been referred to the undersigned Magistrate Judge pursuant to 28 U.S.C. §§ 636(b)(1)(A) and 636(b)(1)(B) and Local Magistrates Judges' Rules MJR 1, MJR 3, and MJR 4. Along with his motion to proceed *in forma pauperis* and proposed complaint, plaintiff has filed a Motion for a Temporary Restraining Order (Dkt. # 2). The Court, on its own motion, notes the Motion for a Temporary Restraining Order for June 26, 2009. The Court has just ordered service of process. Noting the motion for late June gives the defendants time to appear and respond to this motion.

    DATED this 5th day of May, 2009.

*/s/ J. Richard Creatura*

J. Richard Creatura
United States Magistrate Judge

ORDER - 1