UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| JEFFREY R. McKEE,<br><br>               Plaintiff,<br><br>      v.<br><br>LOREN TAYLOR, *et al.*,<br><br>               Defendants. | CASE NO. C09-5207RJB<br><br>ORDER GRANTING PLAINTIFF'S MOTION FOR AN EXTENSION OF TIME AND RE-NOTING DEFENDANTS' MOTIONS TO DISMISS |

This 42 U.S.C. § 1983 action has been referred to the undersigned Magistrate Judge pursuant to 28 U.S.C. §§ 636(b)(1)(A) and 636(b)(1)(B) and Local Magistrates Judges' Rules MJR 1, MJR 3, and MJR 4. Cause number 9-5208FDB has been consolidated with this case. Defendants filed a motion to dismiss prior to consolidation (Dkt. # 29). After consolidation they filed a second motion to dismiss (Dkt. # 33). The motions were noted for July 31, 2009. Plaintiff has filed a motion asking for an extension of time to respond to the motions and file an amended complaint (Dkt. # 35). The motion for an extension of time is noted for August 14, 2009. The motion for an extension of time is GRANTED.

Plaintiff will have until September 18, 2009 to either respond to the motions to dismiss of file his amended complaint. If plaintiff decides to file an amended complaint the amended complaint will act as a complete substitute for the complaints in this action and it will be the only

ORDER - 1

complaint considered by the court. The motions to dismiss (Dkt. # 29 and 33) are re-noted on the Court's own motion for October 2, 2009.

DATED this 17th day of August, 2009.

J. Richard Creatura
United States Magistrate Judge