UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| JEFFREY R. McKEE,<br><br>        Plaintiff,<br><br>        v.<br><br>LOREN TAYLOR, *et al.*,<br><br>        Defendants. | CASE NO. C09-5207RJB<br><br>ORDER DENYING PLAINTIFF'S MOTION FOR AN EXTENSION OF TIME |

      This 42 U.S.C. § 1983 action has been referred to the undersigned Magistrate Judge pursuant to 28 U.S.C. §§ 636(b)(1)(A) and 636(b)(1)(B) and Local Magistrates Judges' Rules MJR 1, MJR 3, and MJR 4. Defendants moved for dismissal of this action on July 2, 2009 (Dkt. # 29). They renewed that motion on July 20, 2009, after this case was consolidated with 09-CV-5208FDB under case number 09-CV-5207RJB (Dkt. # 32 and 33).

      Plaintiff asked for an extension of time to file a response to the pending motion to dismiss on July 29, 2009 (Dkt. # 35). Plaintiff received a lengthy extension of time and the motion to dismiss was re-noted for October 2, 2009 (Dkt. # 37). The Order extending time gave plaintiff until September 18, 2009, to either respond to the motion to dismiss or file an amended

ORDER - 1

complaint. Plaintiff has not complied with the court's order. Instead, plaintiff has filed another request for a sixty-day extension of time.

The motion is DENIED. The clerk's office is directed to send plaintiff a copy of this order and remove Dkt. # 38 from the calendar.

DATED this 2nd day of November, 2009.

/s/ J. Richard Creatura

J. Richard Creatura
United States Magistrate Judge