# United States District Court

WESTERN DISTRICT OF WASHINGTON

JEFFREY R. McKEE

        v.

LOREN TAYLOR, et al.,

JUDGMENT IN A CIVIL CASE

CASE NUMBER: C09-5207RJB/JRC

__    **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

XX    **Decision by Court**. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

The Court adopts the Report and Recommendation; and

Defendant's Motion to Dismiss is GRANTED. This action is DISMISSED WITH PREJUDICE for failure to state a claim with the dismissal counting as a strike pursuant to 28 U.S.C. 1915.

   December 2, 2009                                                           BRUCE RIFKIN
Date                                                                                      Clerk

                                                                                               *s/CM Gonzalez*
                                                                                               Deputy Clerk